165

Mary B. Sevier, Administratrix of Estate of Albert E. Sevier, Deceased, Appellant, v. Charles P. Megan, Trustee, Appellee.

Gen. No. 41,095. (Abstract of Decision.)

Heard in first division, first district, this court at February term, 1940; opinion filed April 15, 1940. Hummer, Van Ness & Yowell, for appellant; John J. Yowell, of counsel; Nelson J. Wilcox and I. C. Belden, for appellee. Opinion by JUSTICE O'CONNOR. "Not to be published in full."